IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HJHN PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24cv300 |
| | ) | |
| CINCINNATI INSURANCE COMPANIES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On August 12, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 49.) Defendant filed a response to Plaintiff's objection. (Doc. 50.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 30) is GRANTED and this case is DISMISSED.

/s/ Thomas D. Schroeder
United States District Judge

September 24, 2026